and *William F. Hall* for petitioner. *Messrs. J. Bernhard Thiess* and *Sidney Neuman* for respondent.

No. 409. TENNESSEE COAL, IRON & RAILROAD CO. ET AL. *v.* MUSCODA LOCAL No. 123 ET AL. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Borden Burr, E. L. All, R. T. Rives,* and *T. F. Patton* for petitioners. *Messrs. Crampton Harris, Lee Pressman,* and *J. Q. Smith* for Muscoda Local No. 123 et al.; and *Solicitor General Fahy, Messrs. Douglas B. Maggs* and *Irving J. Levy,* and *Miss Bessie Margolin* for the Administrator of the Wage and Hour Division, U. S. Dept. of Labor,—respondents.

No. 436. WALLING, ADMINISTRATOR, *v.* JAMES V. REUTER, INC. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. Douglas B. Maggs* for petitioner. *Mr. Frank S. Normann* for respondent.

No. 441. GENERAL TRADING CO., DOING BUSINESS AS MINNEAPOLIS IRON STORE, *v.* STATE TAX COMMISSION. November 22, 1943. Petition for writ of certiorari to the Supreme Court of Iowa granted. *Messrs. Edward S. Stringer* and *A. B. Howland* for petitioner. *Mr. Jens Grothe* for respondent.

No. 447. JOHNSON ET AL. *v.* YELLOW CAB TRANSIT CO. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. Randell S. Cobb,* Attorney General of Oklahoma,

732

and *Sam H. Lattimore*, Assistant Attorney General, for petitioners.  *Messrs. John B. Dudley* and *Duke Duvall* for respondent.

No. 433.  LYONS *v.* OKLAHOMA.  November 22, 1943. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma granted.  *Mr. Thurgood Marshall* for petitioner.

No. 435.  BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES ET AL. *v.* UNITED TRANSPORT SERVICE EMPLOYEES ET AL.  See *ante*, p. 715.

No. 119.  MILLER *v.* UNITED STATES.  December 6, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted.  *Mr. Gerhard A. Gesell* for petitioner.  *Assistant Solicitor General Cox, Assistant Attorney General Berge, Mr. Oscar A. Provost,* and *Miss Melva M. Graney* for the United States.

No. 398.  HAZEL-ATLAS GLASS Co. *v.* HARTFORD-EMPIRE Co.; and

No. 423.  SHAWKEE MANUFACTURING Co. ET AL. *v.* HARTFORD-EMPIRE Co.  December 13, 1943.  Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted.  *Messrs. Stephen H. Philbin* and *Henry R. Ashton* for petitioner in No. 398; and *Mr. William B. Jaspert* for petitioners in No. 423.  *Messrs. Walter J. Blenko, Francis W. Cole, Edgar J. Goodrich,* and *James M. Carlisle* for respondent.  Reported below: 137 F. 2d 764.